RE: Case No. 14-0811                    DATE: 11/20/2015
COA #: 01-13-00357-CV    TC#: 2011-36224
STYLE: ENDURING RESOURCES, LLC
    v. TALISMAN ENERGY USA INC. AND STATOIL TEXAS
       ONSHORE PROPERTIES, LLC

    Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.


                    MR. CHRISTOPHER  PRINE
                    CLERK, FIRST COURT OF APPEALS
                    301 FANNIN
                    HOUSTON, TX  77002